CLAUDIA G. SILVA, County Counsel (SBN 167868)
By: SYLVIA S. ACEVES, Senior Deputy (SBN 267381)
    ALEXA KATZ, Senior Deputy (SBN 317968)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 557-4039; (619) 531-5244; Fax: (619) 531-6005
E-mail: sylvia.aceves@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FRIAS, Individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN DIEGO; DOE SHERIFF'S DEPUTIES 1-5, Individually; DOE SHERIFF'S NURSES 6-10, Individually; AND DOES 11-15, Individually, Inclusive,<br><br>　　　　　Defendants. | No. 22CV675-JO-AHG<br><br>**JOINT MOTION FOR PROTECTIVE ORDER**<br><br>Courtroom: 3B<br>Judge: Hon Allison H. Goddard |

　　　　Pursuant to Civil Local Rule 7.2, Plaintiff Joseph Frias ("Plaintiff") and Defendant County of San Diego ("Defendant") (collectively, "Parties") through their respective attorneys of record, jointly move the Court for a protective order concerning certain documents of the County of San Diego to be produced in the above-referenced action. The Parties hereby make this application on the following grounds:

///

///

1. Plaintiff anticipates serving document requests on the County of San Diego that request medical, arrest and jail records, reports, and other confidential sensitive information.

2. The County of San Diego has agreed to produce some of these records pursuant to a protective order.

3. The Parties have agreed on the language of a proposed protective order which is attached to this joint motion and specifies the conditions under which private, sensitive, and/or legally confidential documents and information in possession of the Parties must be exchanged, used, and protected in this litigation.

4. Because the materials sought from the County of San Diego, through discovery, contain private, sensitive and/or legally confidential information, the attached protective order is justified by Rule 26(c) of the Federal Rules of Civil Procedure and relevant case law and is necessary in order for the Parties to exchange pertinent discovery.

The Parties respectfully request that the Court execute the proposed protective order.

DATED: April 11, 2023           CLAUDIA G. SILVA, County Counsel

                                By: s/SYLVIA S. ACEVES, Senior Deputy
                                Attorneys for Defendant County of San Diego

DATED: April 11, 2023           PHG Law Group

                                By: s/DANIELLE R. PENA, Esq.
                                Attorneys for Plaintiff Joseph Frias

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED: April 11, 2023          CLAUDIA G. SILVA, County Counsel

                                              By: s/SYLVIA S. ACEVES, Senior Deputy
                                              Attorneys for Defendant County of San Diego